# SEALED

AO 442 (Rev. 10/03) Warrant for Arrest

## United States District Court

DISTRICT OF _____ Kansas

UNITED STATES OF AMERICA

V.

WIELING NIELSEN

**WARRANT FOR ARREST**

CASE NUMBER: 18-40054-01-DDC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **WEILING NIELSEN** _____
Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

SEALED
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her   (brief description of offense)

| | | |
|---|---|---|
| Ct. 1: | 18 U.S.C. § 371 | Conspiracy |
| Ct. 2: | 18 U.S.C. § 1956(h) | Conspiracy |
| Cts. 3-4: | 18 U.S.C. § 1344 | Bank Fraud |
| Cts. 5-9: | 18 U.S.C. § 1956(a)(1)(B)(i) | Laundering of Monetary Instruments |
| Ct. 10-11: | 18 U.S.C. § 1952(a)(3) | Interstate Transportation in Aid of Racketeering Enterprises |

*TOPEKA, KS 2018 MAY 30 PM 12: 03 UNITED STATES MARSHAL RECEIVED*

in violation of _____ 18 _____ United States Code, Section(s) ___ 371 ___

TIMOTHY M. O'BRIEN
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

_[signature]_ deputy clerk
Signature of Issuing Officer

May 30, 2018           at Topeka, Kansas
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED 5/30/18 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/5/18 | Nathan Steels (DUSM) | _[signature]_ |