IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WEILING NIELSEN<br>and<br>ERIK NIELSEN,<br><br>　　　　　　Defendants. | Case No. 18-40054-01,02-HLT |

## BILL OF PARTICULARS

The United States of America, by and through the undersigned and pursuant to Federal Rule of Criminal Procedure 32.2, in addition to the property generally alleged in the Indictment, particularly alleges, that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-styled criminal case:

A.　　Approximately $1,390.00 in United States currency seized from XXXX West 25th Street, Suite M, Lawrence, Kansas on 06/05/2018;

Respectfully submitted,

STEPHEN R. McAllister
United States Attorney

 /s/ Christine E. Kenny
CHRISTINE E. KENNEY #13542
Assistant United States Attorney
444 SE Quincy, Ste. 290
Topeka, Kansas  66683
Telephone:  (785) 295-2854
Facsimile:   (785) 295-2853
christine.kenny@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on November 16, 2018, the foregoing was electronically filed the Bill of Particulars with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

 /s/ Christine E. Kenny
CHRISTINE E. KENNEY #13542
Assistant United States Attorney
444 SE Quincy, Ste. 290
Topeka, Kansas  66683
Telephone:  (785) 295-2854
Facsimile:   (785) 295-2853
christine.kenny@usdoj.gov