FILED IN OPEN COURT
2/12/19
TIMOTHY M. O'BRIEN, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WEILING NIELSEN,<br><br>Defendant. | Case No. 18-40054-01 |

# INFORMATION

The Acting United States Attorney charges that:

## COUNT 1

From on or about 2007, and continuing to on or about June 5, 2018, in the District of Kansas and elsewhere, the defendant,

**WEILING NIELSEN,**

conspired and agreed with others to commit offenses against the United States, hereafter described, that is:

Interstate transportation in aid of racketeering enterprises, in violation of Title 18, United States Code, Section 1952.

In furtherance of the conspiracy and scheme, and to accomplish the purposes and objectives of the conspiracy, one or more coconspirators committed overt acts in the District of Kansas and elsewhere, including but not limited to:

    a.    conducted business as an illegal massage parlor by providing sexual services in exchange for cash;

    b.    rented commercial business space where the illegal massage parlor operated;

    c.    deposited cash from the sexual services into bank accounts owned and controlled

by the defendant;

      d.      used cash from the sexual services to purchased money orders in Kansas that were deposited into bank accounts in California owned and controlled by the defendant.

This was in violation of Title 18, United States Code, Section 371.

                                                 STEPHEN R. MCALLISTER  
                                                 United States Attorney  
                                                 District of Kansas